UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK KELLETT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:08CV322-MLM |
| | ) | |
| WOFFORD BROS. SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR A CREDITOR'S BILL IN EQUITY**
**AND TO PIERCE THE CORPORATE VEIL**

Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and pursuant to the established procedures of the State of Missouri relating to proceedings in aid of execution, plaintiffs move the Court for equitable relief in the form of a creditor's bill, to allow plaintiffs to proceed to satisfy the consent judgment entered in this case from the property of Wofford Bros. Services, Inc., which is not subject to execution by normal means available at law.

The plaintiffs further move the court to pierce the corporate veil of Wofford Bros. Services, Inc., and permit the plaintiffs to satisfy the judgment from the alter ego of Wofford Bros. Services, Inc., Pace Mechanical, Inc.

Plaintiffs have no adequate legal remedy.  Further grounds supporting the use of a creditor's bill and piercing the corporate veil are set forth in the accompanying memorandum of law.

1

Respectfully submitted,

HAMMOND and SHINNERS, P.C.
7730 Carondelet Avenue, Suite 200
St. Louis, Missouri 63105
(314) 727-1015 (Telephone)
(314) 727-6804 (Fax)
mevans@hstly.com (E-mail)


    /s/ Michael A. Evans
MICHAEL A. EVANS, #534636

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on May 25, 2010 the foregoing was filed electronically with the Clerk of Court and that a copy has been mailed to the following non-participants in e-filing:  Wofford Bros. Services, Inc., 103 South Main Street, O'Fallon, MO  63366; Chris Ratcliff, 1001 Craig Road, Suite 260, St. Louis, MO 63146.


    /s/ Michael A. Evans